**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 120 EAL 2022
                : 
        Respondent           : 
                :   Petition for Allowance of Appeal
                :   from the Order of the Superior Court
       v.                    : 
                : 
                : 
GABRIEL RIZZARIO,           : 
                : 
        Petitioner           : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.